No. CR 07 00390 JW PVT

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

*SAN JOSE DIVISION*

FILED
2007 JUN 20 P 3: 43
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

SEALED BY ORDER OF THE COURT

### THE UNITED STATES OF AMERICA

vs.

### ERIK FISHER ERDMAN

## INDICTMENT

**COUNT ONE:** Title 18, United States Code, Section 2252(a)(1) - Transportation of Child Pornography;

**COUNT TWO:** Title 18, United States Code, Section 2252(a)(4) - Possession of Child Pornography;

*A true bill.*

*Foreperson*

Filed in open court this _____ day of June

A.D. 2007

UNITED STATES MAGISTRATE JUDGE

Bail. $ NO BAIL WARRANT AUTHORIZED.
RS.

1 | SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED

2007 JUN 20 P 3: 44

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

SEALED BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 07 00390 JW PVT |
|---|---|
| Plaintiff, | ) |
| | ) VIOLATIONS: 18 U.S.C. § 2252(a)(1)– |
| v. | ) Transportation of Child Pornography; |
| | ) 18 U.S.C. § 2252(a)(4)–Possession of Child |
| ERIK FISHER ERDMAN, | ) Pornography; 18 U.S.C. §§ 2253(a)(1) and |
| | ) (a)(3)–Criminal Forfeiture |
| Defendant. | ) |
| | ) SAN JOSE VENUE |

### I N D I C T M E N T

The Grand Jury charges:

COUNT ONE: (18 U.S.C. § 2252(a)(1)–Transportation of Child Pornography)

On or about December 12, 2006, in the Northern District of California and elsewhere, the defendant

ERIK FISHER ERDMAN

did knowingly and intentionally transport and ship in interstate and foreign commerce, by any means including by computer, a visual depiction of a minor engaging in sexually explicit conduct, in violation of Title 18, United States Code, Section 2252(a)(1).

//

INDICTMENT

1 | COUNT TWO: (18 U.S.C. § 2252(a)(4)–Possession of Child Pornography)
2 | On or about February 2, 2007, in the Northern District of California and elsewhere, the
3 | defendant
4 | ERIK FISHER ERDMAN
5 | did knowingly and intentionally possess matter, which contained a visual depiction of a minor
6 | engaging in sexually explicit conduct, that had been shipped and transported in interstate and
7 | foreign commerce, by any means including by computer, in violation of Title 18, United States
8 | Code, Section 2252(a)(4).
9 | FORFEITURE ALLEGATIONS: (18 U.S.C. §§ 2253(a)(1) and (a)(3)–Criminal Forfeiture)
10 | 1. The allegations contained in Counts One and Two of this Indictment are hereby
11 | realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture
12 | pursuant to Title 18, United States Code, Section 2253.
13 | 2. Upon conviction of the offenses alleged in Counts One and Two above, the
14 | defendant
15 | ERIK FISHER ERDMAN
16 | shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(1)
17 | and (a)(3) all visual depictions described in Title 18, United States Code, Section 2252, and all
18 | property, real and personal, used and intended to be used to commit and to promote the
19 | commission of the offenses of conviction, and any property traceable to such property, including
20 | but not limited to a generic desktop computer, serial number C0622010723, containing a Maxtor
21 | 5T040H4 40-gigabyte hard drive, serial number T4HXT70C; generic desktop computer, serial
22 | number C04370403145, containing two Seagate Barracuda 7200.8 300-gigabyte hard drives,
23 | serial numbers 4NF01CKA and 3NF02CEY; a View Sonic LCD monitor, model Vx2025wm,
24 | serial number Q6Y060301092; 36 DLT computer backup tapes; a Dell Optiplex GX110, serial
25 | //
26 | //
27 | //
28 | //

INDICTMENT                                       2

1  number BBK9201; a Netgear ethernet switch, model FS108; and a Netgear Prosafe firewall,
2  model FVS318.

4  DATED: 20-Jun-2007                          A TRUE BILL.

                                               _____
                                               FOREPERSON

7  SCOTT N. SCHOOLS
   United States Attorney

9  _____
   MATTHEW A. PARRELLA
10 Chief, San Jose Branch Office

12 (Approved as to form: _____ )
                          AUSA LAMBERTI

INDICTMENT                           3

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

| BY: | ☐ COMPLAINT | ☐ INFORMATION | ☒ INDICTMENT ☐ SUPERSEDING |
|---|---|---|---|

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

---

**OFFENSE CHARGED**

See attached sheet.

SEALED BY ORDER OF THE COURT

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
See attached sheet.

CR 07-00390

---

**DEFENDANT - U.S.**

► ERIK FISHER ERDMAN

DISTRICT COURT NUMBER

FILED
2007 JUN 20 P 3:44
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J
JW

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)
Special Agent Lisa Miller, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ►

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
SCOTT N. SCHOOLS
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  MATTHEW A. LAMBERTI

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ►
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    } ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

**DATE OF ARREST** ► Month/Day/Year
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ► Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

**INDICTMENT**
*UNITED STATES v. ERIK FISHER ERDMAN*
**ATTACHMENT TO PENALTY SHEET**

DEFENDANT:

ERIK FISHER ERDMAN

OFFENSES CHARGED:

18 U.S.C. § 2252(a)(1)– Transportation of Child Pornography (Count One)
18 U.S.C. § 2252(a)(4)–Possession of Child Pornography (Count Two)

PENALTY:

Count One:

20 years in prison (mandatory minimum of 5 years in prison)
$250,000 fine
Supervised release for life (with a mandatory minimum of 5 years of supervised release)
$100 special assessment

Count Two:

10 years in prison
$250,000 fine
Supervised release for life (with a mandatory minimum of 5 years of supervised release)
$100 special assessment