**SEALED BY ORDER OF THE COURT**

FILED
2007 JUN 20 P 3: 44
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. |
| Plaintiff, ) | RS |
| ) | [Proposed] |
| v. ) | ORDER GRANTING MOTION TO SEAL |
| ERIK FISHER ERDMAN, ) | CR 07 00390 JW PVT |
| Defendant. ) | UNDER SEAL |

Upon motion of the government, and good cause appearing,

IT IS HEREBY ORDERED that the indictment (including the penalty sheet and accompanying documents) in the above-captioned matter, along with this order, shall be sealed until the defendant's initial appearance or further order of the Court.

DATED: 6-20-07

PATRICIA V. TRUMBULL  RICHARD SEEBORG
United States Magistrate Judge