UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** 6/25/2007 | **Court Reporter:** Irene Rodriguez |
| **Case No:** CR-07-0390 JW | **Interpreter:** N/A |
| | **U.S. Probation Officer:** N/A |

### TITLE

U.S.A. v. Eric Fisher Erdman ( C)

**Attorney(s) for Plaintiff(s):** John Glang for Matt Lamberti
**Attorney(s) for Defendant(s):** Craig Brown

### PROCEEDINGS

Status/Trial Setting Hearing

### ORDER AFTER HEARING

Hearing Held. Defendant Erdman present and in custody for proceedings. The Court continued this matter to 8/13/2007 at 1:30 PM for a Further Status Hearing. Time is excluded from 6/25/2007 - 8/13/2007 to accommodate discovery investigation and exchange.

_____/ecg/_____
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: