## PROPOSED ORDER/COVER SHEET

**TO:** Honorable Patricia Trumbull  
U.S. Magistrate Judge

**RE:** Erik Erdman

**FROM:** Claudette M. Silvera, Chief  
U.S. Pretrial Services Officer

**DOCKET NO.:** CR07-00390 JW

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Anthony Granados  
U.S. Pretrial Services Officer

408-535-5223  
TELEPHONE NUMBER

**RE:** MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:  
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

**[PVT]** Modification(s)

**A. The defendant shall be allowed to use computers and access the internet at One Stop for work related purposes only with the prior approval of Pretrial Services**

B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

_Patricia V. Trumbull_  
**JUDICIAL OFFICER**

**DATE** 8/8/07

FILED AUG - 8 2007  
CLERK, U.S. DISTRICT COURT  
NORTHERN DISTRICT OF CALIFORNIA  
SAN JOSE

Cover Sheet (12/03/02)