UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

### CRIMINAL MINUTES

**Judge: James Ware**  
**Date: 8/13/2007**  
**Case No: CR- 07-0390 JW**

**Courtroom Deputy: Elizabeth Garcia**  
**Court Reporter: Irene Rodriguez**  
**U.S. Probation Officer: N/A**  
**Interpreter: N/A**

### TITLE

U.S.A. v. Eric Erdman (NC)

**Attorney(s) for Plaintiff(s): Matt Lamberti**  
**Attorney(s) for Defendant(s): Craig Brown**

### PROCEEDINGS

**Status Hearing**

### ORDER AFTER HEARING

**Hearing Held. Defendant Erdman present and not in custody for proceedings. The Court continued this matter to 10/1/2007 at 1:30 PM for Setting/Disposition. Time is excluded from 8/13/2007 to 10/1/2007 to accommodate further discovery investigation and resolution of the matter short of trial.**

Elizabeth C. Garcia  
Courtroom Deputy  
Original: **E-filed**  
CC: