UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07-00390 JW |
|---|---|---|
| Plaintiff, | ) | ORDER CONTINUING CASE AND EXCLUDING TIME UNDER THE |
| v. | ) | SPEEDY TRIAL ACT, 18 U.S.C. § 3161 |
| ERIK FISHER ERDMAN, | ) | |
| Defendant. | ) | |

This matter came before the Court for a status hearing on Monday, August 13, 2007. Counsel for the government and the defendant were present. Based on the hearing, and at the request of the parties, the Court finds pursuant to Title 18, United States Code, Section 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B), that the interests of justice in granting this continuance outweigh the defendant's and the public's interests in a speedy trial inasmuch as the parties need additional time for investigation and effective preparation, including trying to obtain a fair disposition of this matter.

IT IS HEREBY ORDERED that this case is continued to Monday, October 1, 2007 at 1:30 p.m. for a status hearing

IT IS FURTHER ORDERED that the period of time from August 13, 2007 through and including October 1, 2007 shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

DATED:   August 14, 2007

_____
JAMES WARE
United States District Judge

1  Copies to be served on:

2  MATTHEW A. LAMBERTI
   Assistant United States Attorney
3  150 Almaden Boulevard, Suite 900
   San Jose, California 95113

4
   CRAIG BROWN
5  333 W Santa Clara St #260
   San Jose, California  95113-1714

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28