UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00390 JW |
| Plaintiff, | ) ) | ORDER CONTINUING CASE AND EXCLUDING TIME UNDER THE |
| v. | ) ) | SPEEDY TRIAL ACT, 18 U.S.C. § 3161 |
| ERIK FISHER ERDMAN, | ) ) | |
| Defendant. | ) ) | |

    This matter came before the Court for a status hearing on Monday, October 1, 2007. Counsel for the government and the defendant were present. Based on the hearing, and at the request of the parties, the Court finds pursuant to Title 18, United States Code, Section 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B), that the interests of justice in granting this continuance outweigh the defendant's and the public's interests in a speedy trial inasmuch as the parties need additional time for investigation and effective preparation, including trying to obtain a fair disposition of this matter.

    IT IS HEREBY ORDERED that this case is continued to Monday, October 22, 2007 at 1:30 p.m. for trial setting or disposition.

    IT IS FURTHER ORDERED that the period of time from October 1, 2007 through and including October 22, 2007 shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

DATED:

_____
JAMES WARE
United States District Judge

1 | Copies to be served on:
2 | MATTHEW A. LAMBERTI
Assistant United States Attorney
3 | 150 Almaden Boulevard, Suite 900
San Jose, California 95113
4
CRAIG BROWN
5 | 333 W Santa Clara St #260
San Jose, California  95113-1714
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28