UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

Judge: James Ware  
Date: 10/1/2007  
Case No: CR-07-0390 JW  

Courtroom Deputy: Elizabeth Garcia  
Court Reporter: Irene Rodriguez  
U.S. Probation Officer: N/A  
Interpreter: N/A  

## TITLE

U.S.A. v. Eric Fisher Erdman (NC)

Attorney(s) for Plaintiff(s): Matt Lamberti  
Attorney(s) for Defendant(s): Craig Brown

## PROCEEDINGS

Status Hearing re Setting/Disposition

## ORDER AFTER HEARING

Hearing Held. Defendant Erdman present and not in custody for proceedings. The Court continued this matter on 10/22/2007 at 1:30 PM for Setting/Disposition. Time is excluded from 10/1/2007 through 10/22/2007 for continued efforts to resolve this matter short of trial.

Elizabeth C. Garcia  
Courtroom Deputy  
Original: **E-filed**  
CC: