SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED
2007 OCT 19 P 3:25
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 07-00390 JW |
|---|---|
| Plaintiff, | ) VIOLATIONS: 18 U.S.C. § 2252(a)(2)– Receipt of Child Pornography; 18 U.S.C. §§ 2253(a)(1) and (a)(3)–Criminal Forfeiture |
| v. | ) |
| ERIK FISHER ERDMAN, | ) |
| Defendant. | ) |
|  | ) SAN JOSE VENUE |

S U P E R S E D I N G   I N F O R M A T I O N

The United States Attorney charges:

In or about December 2006, in the Northern District of California and elsewhere, the defendant

ERIK FISHER ERDMAN

did knowingly and intentionally receive a visual depiction of a minor engaging in sexually explicit conduct, that had been shipped and transported in interstate and foreign commerce, by any means including by computer, in violation of Title 18, United States Code, Section 2252(a)(2).

///

///

SUPERSEDING INFORMATION

1 | FORFEITURE ALLEGATIONS: (18 U.S.C. §§ 2253(a)(1) and (a)(3)–Criminal Forfeiture)

2 |     1.    The allegations contained in this Superseding Information are hereby realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

    2.    Upon conviction of the offense alleged in the Superseding Information, the defendant

ERIK FISHER ERDMAN

shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(1) and (a)(3) all visual depictions described in Title 18, United States Code, Section 2252, and all property, real and personal, used and intended to be used to commit and to promote the commission of the offenses of conviction, and any property traceable to such property, including but not limited to a generic desktop computer, serial number C0622010723, containing a Maxtor 5T040H4 40-gigabyte hard drive, serial number T4HXT70C; a generic desktop computer, serial number C04370403145, containing two Seagate Barracuda 7200.8 300-gigabyte hard drives, serial numbers 4NF01CKA and 3NF02CEY; a View Sonic LCD monitor, model Vx2025wm, serial number Q6Y060301092; 36 DLT computer backup tapes; a Dell Optiplex GX110, serial number BBK9201; a Netgear ethernet switch, model FS108; and a Netgear Prosafe firewall, model FVS318.

DATED:

SCOTT N. SCHOOLS
United States Attorney

_____
MATTHEW A. PARRELLA
Chief, San Jose Branch Office

(Approved as to form: _____ )
                      AUSA LAMBERTI

SUPERSEDING INFORMATION        2

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☒ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**
See attached sheet.

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
See attached sheet.

**DEFENDANT - U.S.**
➤ ERIK FISHER ERDMAN

DISTRICT COURT NUMBER
CR 07-00390 JW

FILED
2007 OCT 19 P 3: 25
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ➤
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**PROCEEDING**
Name of Complainant Agency, or Person (&Title, if any)
Special Agent Lisa Miller, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of institution

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} MAGISTRATE CASE NO.

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed
Month/Day/Year

DATE OF ARREST ➤
Or... if Arresting Agency & Warrant were not
Month/Day/Year

DATE TRANSFERRED ➤
TO U.S. CUSTODY

Name and Office of Person Furnishing Information on THIS FORM   SCOTT N. SCHOOLS
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   MATTHEW A. LAMBERTI

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount:
If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

## SUPERSEDING INFORMATION
### *UNITED STATES v. ERIK FISHER ERDMAN*
### ATTACHMENT TO PENALTY SHEET

DEFENDANT:

ERIK FISHER ERDMAN

OFFENSES CHARGED:

18 U.S.C. § 2252(a)(2)–Receipt of Child Pornography

PENALTY:

20 years in prison (mandatory minimum of 5 years in prison)
$250,000 fine
Supervised release for life (with a mandatory minimum of 5 years of supervised release)
$100 special assessment