UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware
**Date:** 10/22/2007
**Case No:** CR-07-0390 JW

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Irene Rodriguez
**U.S. Probation Officer:** N/A
**Interpreter:** N/A

## TITLE

U.S.A. v. Eric Fisher Erdman (NC)

**Attorney(s) for Plaintiff(s):** Matt Lamberti
**Attorney(s) for Defendant(s):** Craig Brown

## PROCEEDINGS

**Dispositional Hearing**

## ORDER AFTER HEARING

Hearing Held. Defendant Erdman present and not in custody for proceedings. The Defendant was arraigned on the Superseding Information. The Defendant waived formal reading of the Superseding Information. The Defendant plead guilty as to Count 1 (ONE) of the Superseding Information; the Defendant agreed to the Forfeiture Allegation of the Superseding Information. A plea agreement was execute in open court. The Court referred this matter to the United States Probation Office for preparation of a Presentence Investigation Report. The Court set a date for Judgment and Sentencing on 2/4/2008 at 1:30 PM

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed/C. Escolano**
CC: