

UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 07-00390 JW |
| Plaintiff, | ) ) ) | [PROPOSED] PRELIMINARY ORDER OF FORFEITURE |
| v. | ) ) | |
| ERIK FISHER ERDMAN, | ) ) | |
| Defendant. | ) ) | |

Having considered the application for a preliminary order of forfeiture filed by the United States and the plea agreement entered on October 22, 2007, wherein the defendant admitted to the forfeiture allegation, and good cause appearing,

IT IS HEREBY ORDERED that defendant Erik Fisher Erdman shall forfeit to the United States all of his right, title and interest in the following:

   1. ViewSonic Flat Screen Monitor, Model VS10859, Ser No: Q6Y060301092 ;

   2. USB Camera, Model X-Eye (webcam);

   3. Dell Optiplex GX110 Desktop Computer, Serial No. BBK9201;

   4. Netgear Ethernet Switch, Serial No. FS18E09079523;

   5. Netgear Pro Safe Firewall, Serial No.14A4587401D63 ;

   6. Cooler Master CPU (silver); and

   7. Cooler Master CPU (blue)

1 | pursuant to Title 18, United States Code, Sections 2253(a)(1) and (a)(3).

2 |     IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall
3 | seize the forfeited property forthwith and publish at least once for three successive weeks in a
4 | newspaper of general circulation, notice of this Order, notice of the government's intent to
5 | dispose of the property in such manner as the Attorney General may direct and provide notice
6 | that any person, other than the defendant, having or claiming a legal interest in the property
7 | must file a petition with the Court and serve a copy on government counsel within thirty (30)
8 | days of the final publication of notice or of receipt of actual notice, whichever is earlier.

9 |     IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Criminal
10 | Rules of Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at
11 | the time of sentencing and shall be made part of the sentence and included in the judgment.

12 |     IT IS SO ORDERED this  30  day of  November  2007.

_____
JAMES WARE
United States District Judge