I, Lisa Miller, declare and certify as follows:

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and have been so employed for approximately eleven years. My responsibilities with the FBI include investigations into the sexual exploitation of children and offenses involving child pornography in the Northern District of California. I have been involved in the investigation of Erik Erdman since January 2007.

2. On December 12, 2006, an undercover Special Agent with the FBI's Oklahoma City Division used an enhanced version of the Limewire file sharing program to download 48 images of child pornography from an Internet Protocol (IP) address later identified as resolving to the residence of Erik Erdman.

3. On February 2, 2007, a federal search warrant was executed at Erdman's residence, located at 125 Connemara Way, Unit 107, in Sunnyvale, California. In an interview conducted simultaneously with the execution of the search warrant, Erdman stated that he first became aware of the presence of child pornography on the Internet through the use of various file sharing programs, to include Limewire. He advised that he began to purposefully seek out such images by typing search terms such as "Vicky" and "child" approximately two years prior to the execution of the search warrant.

4. Erdman confessed to purposefully searching for and downloading child pornography into his Limewire shared folder. Erdman advised that he was aware that by maintaining a collection of images and/or video files in his Limewire shared folder, he was potentially making them available worldwide to other individuals using file sharing programs. When asked what his sexual preference was, Erdman stated that he preferred girls age ten and up. When asked if he had masturbated to images and/or videos depicting children, Erdman answered "I'm sure".

5. On March 26, 2007, a complete analysis of the computer hard drives seized from Erdman's residence showed him to be in possession of over 4,000 active images and 16 videos depicting children engaged in sexually explicit conduct with each other and/or with adults,

and 11 stories containing incest fantasy. Per analysis of the National Center of Missing and Exploited Children (NCMEC), of the over 4,000 images, 1,234 were known victim images from 39 separate series originating from various locations worldwide. Of the 16 videos, two were determined to be of known victims. (Known victim images are images of child pornogrpahy in which the child's name, age and circumstances if abuse are known to law enforcement.)

      6      For example, Erdman's collection contained images from the "Helen" series of known victim images. Helen was one of three children abused by her stepfather and neighbor. In this case, which originated in the UK, Helen disclosed that her stepfather was engaging in sexual intercourse with her. Investigation revealed that both her stepfather and neighbor sexually abused not only Helen but the other two children for a number of years. The abuse was photographically documented and uploaded to the Internet by the abusers. Below is a description of three images from the "Helen" series, which were found in Erdman's collection.

      (a)      The image containing filename "kiddy porn 10yr-anal[523083].jpg" is described as an approximately seven year old female being anally penetrated by an adult male penis.

      (b)      The image containing filename "/Pedo Pedofilia Kids Child Porn 113[443343].jpg" is described as an approximately seven year old female lying naked on a bed with male ejaculate on her chest and an adult male penis in the vicinity of her stomach.

      (c)      The image containing filename "/Pedo Pedofilia Kids Child Porn 133[443346]jpg" is described as an approximately seven year old female being penetrated from behind by an adult male.

      7.      Erdman's collection contained images depicting pre-pubescent children as well as children engaged in various sadomasochistic acts, including bondage. Below are descriptions of a few of these images.

      (a)      The image containing the filename "PTHC Ultra Hard Pedo Child Porn Pedofilia (New)054[523471].jpg" is described as an approximately six year old female sitting on her knees, naked, with her hands bound behind her back.

(b)    The image containing filename "pre-pedo-with a smile[523429].jpg" is described as an approximately five year old female lying naked face down on a bed and being penetrated from behind by an adult male penis.

(c)    The image containing filename "ll-n4f18[432322].jpg is described as a naked, approximately four year old male, orally copulating a naked adolescent female while she is lifted off of the ground by a naked adult male.

8.    Erdman was in possession of 16 videos depicting children engaged in sexually explicit conduct with each other and/or adults. Below is the description of one such video.

(a)    The video containing the filename "(Hussyfan))(Pthc)-K-K !!!New-5Yo Rca (Marissa)-Young Girl Lolita Pedo Fuck Brother [141569.avi]" is a three minute, four second video clip depicting an approximately five year female orally copulating and being anally penetrated by an adult male.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on January 28, 2008, at San Jose, California.

LISA M. MILLER
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION