REDACTED VICTIM INFO 

## Victim Impact Statement for the School-Aged Child

What is your name? ~~REDACTED~~

How old are you? 12    What grade are you in? 7

Please explain briefly what led to you originally being victimized or assaulted. You can continue on another piece of paper, if necessary, to answer this or any other question.

I mett him at the fair and the next yea we mett through a friend. hangwout at his house. he told the other kids to get us invo lvd

Explain how your life has been affected by having images of your victimization viewed and downloaded by others from the internet and from knowing this is likely to continue occurring.

makes me feel embaressed don't really tell any body don't like to talk to police

What sentence would you like a judge to order for someone caught sending, receiving or possessing sexually explicit pictures of you?

humped to deth by a horse and make the bet aids and die

Describe any psychological or emotional long term effects that have occurred, and/or you expect will continue to occur, as a result of the defendant sending, receiving or possessing sexually explicit pictures of you. Don't have any

Is there anything else you would like the judge to know about how you feel because of what has happened to you? that they all should get hump by a horse and get aids and get stds and all the other kinds of sickness is in the world