

REDACTED VICTIM INFO

### Victim Impact Statement for the School-Aged Child

What is your name? ~~[redacted]~~

How old are you? 13    What grade are you in? 8 grade

Please explain briefly what led to you originally being victimized or assaulted. You can continue on another piece of paper, if necessary, to answer this or any other question.

I Mett him at a fair and the next I met him year through my brother. Then we yang out at his House. Bill told one of them to get me involved whit it.



Explain how your life has been affected by having images of your victimization viewed and downloaded by others from the internet and from knowing this is likely to continue occurring.

it makes me feel in bembarressed and I dount like people haveins me on the internet.

What sentence would you like a judge to order for someone caught sending, receiving or possessing sexually explicit pictures of you?

30 year in Jail

Describe any psychological or emotional long term effects that have occurred, and/or you expect will continue to occur, as a result of the defendant sending, receiving or possessing sexually explicit pictures of you.

*Some people don't forget*

Is there anything else you would like the judge to know about how you feel because of what has happened to you?

*Tortured*