UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware
**Date:** 2/4/2008
**Case No.:** CR-07-390 JW
**Related Case No.:** N/A

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Jana Ridenour
**U.S. Probation Officer:** Waseem Iqbal
**Interpreter:** N/A

## TITLE

U.S.A. v. Eric Fisher Erdman (NC)

**Attorney(s) for Plaintiff(s):** Eumi Choi
**Attorney(s) for Defendant(s):** Craig Brown

## PROCEEDINGS

Judgment and Sentencing

## ORDER AFTER HEARING

Hearing Held. The Defendant present and not in custody for proceedings. The Defendant was sentenced as to Count One (1) of the Superseding Information. The Defendant is committed to 70 months BOP custody, five (5) years supervised release under the standard conditions and Court imposed special conditions, $100 special assessment. The Defendant is to self surrender at a BOP designated facility on March 7, 2008.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**/C. Escolano
CC: