UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. **CR 07-00390 JW** |
| Plaintiff, ) | |
| ) | [PROPOSED] FINAL ORDER OF FORFEITURE |
| v. ) | |
| ERIK FISHER ERDMAN, ) | |
| Defendant. ) | |

On November 30, 2007, the Court entered a Preliminary Order of Forfeiture forfeiting the defendant's right, title, and interest in

1. ViewSonic Flat Screen Monitor, Model VS10859, Ser No: Q6Y060301092 ;
2. USB Camera, Model X-Eye (webcam);
3. Dell Optiplex GX110 Desktop Computer, Serial No. BBK9201;
4. Netgear Ethernet Switch, Serial No. FS18E09079523;
5. Netgear Pro Safe Firewall, Serial No.14A4587401D63 ;
6. Cooler Master CPU (silver); and
7. Cooler Master CPU (blue)

pursuant to Title 18, United States Code, Sections 2253(a)(1) and (a)(3).

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order and that no petitions have been filed.

///

1  THEREFORE, it is ordered that the above-described property shall be forfeited to the United
2  States, pursuant to Title 18, United States Code, Sections 2253(a)(1) and (3).   All right, title, and
3  interest in said property is vested in the United States of America.  The appropriate federal
4  agency shall dispose of the forfeited property according to law.
5
6  Dated: _____
7                                                                    JAMES WARE
                                                                      United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28