03/31/2008 07:43 PM EST

Version 7.0.1

## Case Debt Type Payment Report
### U.S. Courts

San Jose

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | ERIK FISHER ERDMAN | 504100 | SPECIAL PENALTY ASSESSMENT | 100.00 | 0.00 | CT 5461002525 | 1 | PR | 100.00 | 02/04/2008 |

Case No. DCAN507CR000390   US VS ERDMAN

Division Payment Total  100.00

Grand Total  100.00

Page 1 of 1

*[Handwritten notation: $100.00 ... on 2/4/2008]*

E-FILING